IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 APR 15 PM 2: 38

CLERK_____
SO. DIST. OF GA.

RONALD QUARLES          *
                        *
     Plaintiff,         *
                        *
          v.            *          CV 120-049
                        *
C.R. BARD, INC. and BARD *
PERIPHERAL VASCULAR, INC., *
                        *
     Defendants.        *

_____

O R D E R

_____

Presently before the Court is the Parties' stipulation of dismissal.  (Doc. 13.)  Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure  41(a)(1)(A)(ii).  **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**  The Clerk is directed to close this case.  Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA